# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AUTOBRILLIANCE, LLC, § § § Plaintiff, § § v. § § HONDA MOTOR COMPANY, LTD. § § Defendant. § § | Case No. 2:22-cv-00338-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure, Plaintiff AutoBrilliance, LLC ("Plaintiff") and Defendant Honda Motor Company, Ltd. ("Defendant") (the "Parties"), represented by their attorneys, hereby stipulate and agree to as follows:

The Parties have settled their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request that all claims for relief asserted against Defendant by Plaintiff are dismissed with prejudice; and the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated: January 30, 2023                              Respectfully submitted,

 /s/ John Andrew Rubino
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway

Short Hills, New Jersey 07078
Telephone: (201) 341-9445
Facsimile (973) 535-0921

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
AUTOBRILLIANCE, LLC***


*/s/ Robert L. Maier (with permission)*
Robert L. Maier
New York Bar No. 4123246
Email: robert.maier@bakerbotts.com
Neil P. Sirota
New York Bar No. 2562155
Email: neil.sirota@bakerbotts.com
Margaret M. Welsh
New York Bar No. 4996385
Email: margaret.welsh@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza, 44th Floor
New York, New York 10112
Telephone: (212) 408-2500

Lance Goodman
Texas Bar No. 24132186
Lance.goodman@bakerbotts.com
**BAKER BOTTS L.L.P.**
401 South 1st Street, Suite 1300
Austin, TX 78704
Telephone: (512) 322-2500

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

*ATTORNEY FOR DEFENDANT*
*HONDA MOTOR COMPANY, LTD.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 30, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ John Andrew Rubino*
John Andrew Rubino

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, and all parties have agreed to the proposed order submitted herewith.

*/s/ John Andrew Rubino*
John Andrew Rubino