# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOBRILLIANCE, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00338-JRG-RSP |
| HONDA MOTOR CO. LTD., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff AutoBrilliance, LLC and Defendant Honda Motor Company, Ltd. ("Motion"). (**Dkt. No. 21**).

After due consideration, the Court **GRANTS** the Motion. Accordingly, all claims for relief asserted by AutoBrilliance, LLC against Honda Motor Company, Ltd. are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 1st day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE